**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Northern Division)**

```
---------------------------------------------X
                                             :
d'AMICO DRY D.A.C.,                          :        IN ADMIRALTY
                                             :
        Plaintiff,                           :        No. 26-cv-_____
                                             :
v.                                           :
                                             :
UNION BULK A.S.,                             :
                                             :
        Defendant.                           :
---------------------------------------------X
```

**VERIFIED COMPLAINT AND REQUEST FOR**
**ISSUANCE OF PROCESS OF MARITIME ATTACHMENT**

Plaintiff, d'Amico Dry D.A.C. ("d'Amico"), by and through undersigned counsel, brings this action against Defendant Union Bulk A.S. ("Union Bulk") *in personam*, pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions ("Supp. Rules"), requesting the issue of process of maritime attachment and states as follows:

**Jurisdiction and Venue**

1.      This is an action within this Court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333, is an admiralty or maritime claim within Fed. R. Civ. P. 9(h) and is brought to obtain security for an arbitration recently commenced in London in accordance with the London Maritime Arbitrators Association ("LMAA"), and pursuant to 9 U.S.C. §201 *et. seq*.

1

2.      Venue is proper in this District because Defendant's property is or soon will be in this District.

3.      Defendant cannot be found in this District within the meaning of Supplemental Rule B and LAR(b)(1).  *See* Declaration of Jamison T. Jedziniak.

4.      d'Amico demands security for the amounts demanded through attachment of property of Union Bulk pursuant to Supplemental Rule B, as set out below, for security of the LMAA arbitration in London which d'Amico commenced against Union Bulk on July 10, 2026.

## The Parties

5.      At all material times to this action, Plaintiff d'Amico was a foreign company duly organized and operating under foreign law with its principal place of business in Dublin, Ireland.

6.      Upon information and belief, at all material times, Defendant Union Bulk was a foreign corporation or other business entity organized and existing under foreign law with a registered office at Strandvejen 169-171, 1st floor, 2900 Hellerup, Denmark.

## Facts

7.      Plaintiff, d'Amico, was the disponent Owners of the MV "OLIVIA" (the "Vessel").

8. d'Amico entered into a charterparty dated February 28, 2025, with Defendant, Union Bulk, on an amended New York Procedure Exchange Form 1946 with rider clauses.

9. During the course of the charter party, Union Bulk improperly made a series of deductions from hire that were not warranted under the charterparty and remain due and owing to d'Amico.

10. These deductions have caused d'Amico to incur losses and/or damages in the amount of $490,014.14.

11. As the accompanying declaration of d'Amico's English counsel attests, under English law, if successful in its arbitration against Union Bulk, d'Amico can expect to be awarded its counsel fees and interest in the amount of 8% per year. It is reasonable to expect the arbitration will not be concluded in less than one year. The award of legal fees of $125,000.00 are reasonably anticipated and one year's interest on the principal sum totals $39,201.00.

12. The total amount of security sought by d'Amico is as follows:

| | |
|---|---|
| Principal Claim | $490,014.14 |
| English Counsel Fees | $125,000.00 |
| One year's interest at 8%/annuum | $39,201.00 |
| ---------------------------------------------- | --------------- |
| Total | $654,215.14 |

3

## Count I: Maritime Attachment (Rule B)

13.    d'Amico incorporated the above paragraphs 1-12 as if fully set forth herein.

14.    d'Amico seeks issuance of process of maritime attachment to secure its claims in the London arbitration against Union Bulk.  No security for d'Amico's claims has been posted by Union Bulk or anyone acting on its behalf to date although duly demanded.

15.    Based upon information and belief, Union Bulk is currently operating as time charterer of the vessel LUCILIA C.  It is also believed that Union Bulk has sub-chartered the LUCILIA C to Smith Industries Inc. ("Smith") of Sparrows Point, Maryland on a voyage basis, for the carriage of scrap from Baltimore to Turkey.

16.    Based upon information and belief, the LUCILIA C is expected to call at Sparrow's Point, Maryland, on or around July 12, 2026 to load Smith's cargo.

17.    Union Bulk cannot be found within this District within the meaning of Rule B and/or LAR(b)(1), but is believed to have, or will have during the pendency of this action, property and/or other assets in this jurisdiction.

18.    Specifically, based upon industry custom and practice, a charterer under a time charter party is responsible to pay for bunkers for the vessel during the pendency of the time charter.

19.    As such, the bunkers onboard the LUCILIA C constitute property and/or assets of the Defendant Union Bulk in the district within the meaning of Rule B.

20.    Moreover, as the voyage charterer of the LUCILIA C, Smith will soon owe Union Bulk freight for the carriage of the scrap to Turkey.  Once that freight is due and owing, it is the property of Defendant Union Bulk in the district, and subject to maritime attachment pursuant to Supplemental Rule B.

21.    Although not a requirement for a Rule B attachment, upon information and belief, Union Bulk is winding down its business operations at the end of 2026. This is believed to be one of its final charters.

22.    Accordingly, d'Amico prays that the Court issue process of maritime attachment and garnishment pursuant to Supplemental Rule B attaching the bunkers onboard the LUCILIA C and attaching the freight monies in the custody of Smith, in the amount of $654,215.14.

### Prayer for Relief

WHEREFORE, d'Amico prays:

A.    That, in response to **Count I**, since Union Bulk cannot be found within this District pursuant to Rule B, the Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment pursuant to Rule B attaching all of Union Bulk's tangible or intangible property or any other funds

held by any garnishee, up to the amount of $654,215.14 as detailed above, to secure d'Amico's claims, and that all person claiming any interest in the same be cited to appear and, pursuant to Rule B, answer the matters alleged in the Verified Complaint;

B.     That, in response to **Count I**, this Court order the provision of security for the LMAA arbitration in London against Union Bulk, in the amount of $654,215.14.  *See* Supplemental Rule E(5) (permitting substitute security up to twice the amount of Plaintiff's fairly stated claim to cover interest, costs, and fees, etc.);

C.     That on provision of security, this Court stay this action pending the results of the LMAA arbitration in London, and then on issue of the arbitral judgment, payment from the security the amount of the arbitral judgment together with all interest, costs and attorney's fees, in the amount of the arbitral judgment;

D.     That, as provided in Supplemental Rule B, such person over 18 years of age be appointed as moved for herein, pursuant to Supplemental Rule B and Fed. R. Civ. P. 4(c), to serve Process of Maritime Attachment and Garnishment in this action;

E.     That this Court award d'Amico such other and further relief that this Court deems just and proper.

Dated: July 13, 2026
     Baltimore, MD                      Attorneys for the Plaintiff,


                      */s/ Joshua T. Carback*
Joshua T. Carback, Esq. (21713)
*/s/ Tamara B. Goorevitz*
Tamara B. Goorevitz, Esq. (25700)
Franklin & Prokopik, P.C.
*jcarback@fandpnet.com*
Direct: 410-230-3942
Fax: 410-752-6868
*tgoorevitz@fandpnet.com*
Direct 410-230-3625
Fax: 410-752-6868


*Pro Hac Vice Application to follow*

Timothy J. Nast
Thomas L. Tisdale
Jamison T. Jedziniak
Tisdale & Nast Law Offices, LLC
10 Spruce Street
Southport, CT 06890
Tel: 203-254-8474
*ttisdale@tisdale-law.com*
*tnast@tisdale-law.com*
*jjedziniak@tisdale-law.com*

## VERIFICATION

State/Providence of: Rome

Country of: Italy

1.    My name is Federico Viti.

2.    I am over 18 years of age, of sound mind, capable of making this Verification, and fully competent to testify to all matters stated herein.

3.    I am  Legal Counsel of d'Amico Società di Navigazione S.pA., the holding company controlling the Plaintiff d'Amico, the Plaintiff seeking relief in this action.

4.    I have read the foregoing Verified Complaint and know the contents thereof and believe the same to be true and accurate to the best of my knowledge, information and belief.

5.    The source of my knowledge and the grounds for my belief are the statements made, and the documents and information available to me that make up part of my file in this matter.

6.    This information is firsthand information, and information that I have obtained as part of my role as Legal Counsel of d'Amico Società di Navigazione S.pA., the holding company controlling the  Plaintiff d'Amico.

8

7.   I am authorized to make this Verification on behalf of Plaintiff d'Amico.

Dated: July 13, 2026
       Rome
       Italy

By: Federico Viti
Title: Legal Counsel
On behalf of: Plaintiff d'Amico

9