**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Northern Division)**

```
---------------------------------------------X
d'AMICO DRY D.A.C.,              :        IN ADMIRALTY
                                 :
        Plaintiff,               :        No. 26-cv-2745
                                 :
v.                               :
                                 :
UNION BULK A.S.,                 :
                                 :
        Defendant.               :
---------------------------------------------X
```

## MOTION FOR ORDER APPROVING SECURITY AND FOR RELEASE OF VESSEL

Plaintiff d'Amico Dry D.A.C. ("Plaintiff"), by undersigned counsel, respectfully files this Motion for Order Approving Security and for Release of Vessel under the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as well as this Court's inherent power.

1.    Plaintiff moves for this Honorable Court to enter an order approving the special bond with an amount and nature stipulated by the parties, lifting the Rule B Attachment of the LUCILIA C, and releasing that vessel to sail immediately.

2.    Plaintiff incorporates its accompanying Memorandum of Law, Proposed Order, and Exhibit as if fully set forth here.

3.    Time is of the essence because the Lucilia C, upon information and belief, wishes to depart the Port of Baltimore between midnight and 3:00 a.m. E.T. on July 18, 2026.

**WHEREFORE,** Plaintiff prays that the Court enter an order lifting the Rule B Attachment pursuant to the terms of the attached special bond and releasing the LUCILIA C to sail immediately.

1

Dated: July 17, 2026
       Baltimore, MD

                                Respectfully submitted,
                                Attorneys for the Plaintiff,


/s/ *Joshua T. Carback*
Joshua T. Carback, Esq. (21713)
/s/ *Tamara B. Goorevitz*
Tamara B. Goorevitz, Esq. (25700)
Franklin & Prokopik, P.C.
*jcarback@fandpnet.com*
Direct: 410-230-3942
Fax: 410-752-6868
*tgoorevitz@fandpnet.com*
Direct 410-230-3625
Fax: 410-752-6868

*Pro Hac Vice Application to follow*
Timothy J. Nast
Thomas L. Tisdale
Jamison T. Jedziniak
Tisdale & Nast Law Offices, LLC
10 Spruce Street
Southport, CT 06890
Tel: 203-254-8474
*ttisdale@tisdale-law.com*
*tnast@tisdale-law.com*
*jjedziniak@tisdale-law.com*