**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Northern Division)**

-----------------------------------------------X
d'AMICO DRY D.A.C.,           :            IN ADMIRALTY
                        :
     Plaintiff,           :            No. 26-cv-2745
                        :
v.                      :
                        :
UNION BULK A.S.,       :
                        :
     Defendant.       :
-----------------------------------------------X

**MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION FOR ORDER APPROVING SECURITY AND FOR RELEASE OF VESSEL**

Plaintiff d'Amico Dry D.A.C. ("Plaintiff"), by undersigned counsel, respectfully files this Memorandum of Law in Support of its Motion for Order Approving Security and for Release of Vessel lifting the Rule B Attachment of the Lucilia C.

Defendant Union Bulk A.S. offered—and d'Amico Dry D.AC. agreed to accept—the special bond attached hereto as **Exhibit 1** as substitute security for the property identified in the Verified Complaint and pleadings filed herein to date pursuant to Supplemental Admiralty Rule E(5). Supplemental Admiralty Rule E(5)(a) permits parties to stipulate to the nature and amount of security. Consequently, Plaintiff agreed to permit the underlying vessel for this case, the Lucilia C, to sail and lift the Rule B Attachment in exchange for the special bond.

Since Plaintiff understands that the Lucilia C will complete loading operations today, July 17, 2026, time is of essence for this Court to release the Lucilia C so that the Lucilia C can sail without delay. d'Amico Dry D.A.C. respectfully requests that the Court allow the Order releasing the Lucilia C to be emailed or delivered by other electronic means to the Master of the Vessel because service of the release order by the U.S. Marshal on the Master of The Vessel may

otherwise delay the departure of the Lucilia C and prejudice the schedule of the Lucilia C. Undersigned counsel is in direct contact with counsel for both Union Bulk A.S. and the Lucilia C's owner, therefore, undersigned counsel can simply deliver the Court's order releasing the vessel to counsel expedite the release of the Lucilia C.

Plaintiff attached to the underlying motion a Proposed Order for the Court's Consideration.

**WHEREFORE**, Plaintiff prays that the Court enter an Order Lifting the Rule B Attachment pursuant to the terms of the attached special bond and authorize the Lucilia C to sail immediately.

Dated: July 17, 2026
    Baltimore, MD

<div style="margin-left:50%">

Respectfully submitted,
Attorneys for the Plaintiff,


/s/ *Joshua T. Carback*
Joshua T. Carback, Esq. (21713)
/s/ *Tamara B. Goorevitz*
Tamara B. Goorevitz, Esq. (25700)
Franklin & Prokopik, P.C.
*jcarback@fandpnet.com*
Direct: 410-230-3942
Fax: 410-752-6868
*tgoorevitz@fandpnet.com*
Direct 410-230-3625
Fax: 410-752-6868

*Pro Hac Vice Application to follow*
Timothy J. Nast
Thomas L. Tisdale
Jamison T. Jedziniakp
Tisdale & Nast Law Offices, LLC
10 Spruce Street
Southport, CT 06890
Tel: 203-254-8474
*ttisdale@tisdale-law.com*
*tnast@tisdale-law.com*
*jjedziniak@tisdale-law.com*

</div>