**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Northern Division)**

```
----------------------------------------------X
d'AMICO DRY D.A.C.,                 :          IN ADMIRALTY
                                    :
         Plaintiff,                 :          No. 26-cv-2745
                                    :
v.                                  :
                                    :
UNION BULK A.S.,                    :
                                    :
         Defendant.                 :
----------------------------------------------X
```

## ORDER APPROVING SECURITY AND RELEASE OF VESSEL

Upon review of Plaintiff D'Amico Dry D.A.C.'s Motion for Order Approving Security, Releasing the Vessel, and Lifting the Rule B Attachment, it is this 17th day of July 2026, in the United States District Court for the District of Maryland, hereby

**ORDERED**, that the special bond provided by Defendant Union Bulk A.S. as security substituting for the vessel underlying this proceeding, the LUCILIA C, is hereby **APPROVED**; and it is further

**ORDERED**, that any property of Union Bulk A.S. and its agents/affiliates onboard the LUCILIA C or otherwise found within this district shall be **RELEASED** immediately from attachment; and it is further

**ORDERED**, that a copy of this **ORDER** may be **SERVED** electronically on the LUCILIA C's counsel and Union Bulk A.S.'s counsel by D'Amico Dry D.A.C.'s counsel or their designee(s); and it is further

**ORDERED**, that the attachment of the LUCILIA C is hereby **LIFTED** and that the LUCILIA C is hereby free to sail **IMMEDIATELY.**

1

July 17, 2026          /s/
**DATE**               **THE HONORABLE JULIE R. RUBIN**
                       **U.S. DISTRICT JUDGE**